IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANBURY PHARMA, LLC**, ) | |
|     Plaintiff, ) | |
| ) | |
| **v.** ) | Civ. No.  15-599 |
| ) | |
| **EXCLUSIVE SUPPLEMENTS, INC.**, ) | |
| *d/b/a Biorhythum*, ) | |
|     Defendants. ) | |

## ORDER

For the reasons set forth in the court's memorandum opinion (ECF No. 26), it is hereby ORDERED that the motion for summary judgment filed by plaintiff Danbury Pharma, LLC ("Danbury") (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Danbury and against defendant Exclusive Supplements, Inc., d/b/a Biorhythum in the amount of $156,072.96.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

It is so ordered.

**DATED**:   June 14, 2016

                                  **/s/ JOY FLOWERS CONTI**
                                        Joy Flowers Conti
                          Chief United States District Judge